UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR -9  A 11: 48

AT BALTIMORE

BY _____ DEP

UNITED STATES OF AMERICA

    Plaintiff

    v.      *      CIVIL ACTION NO. L-02-3697

REAL PROPERTY LOCATED AT  *
5 JENKINS ROAD, CHESAPEAKE
CITY, MARYLAND, with all buildings,
appurtenances and improvements
thereon,

    Defendant

    *

### ORDER GRANTING WAYNE M. BYERLY'S MOTION FOR STAY OF CIVIL FORFEITURE PROCEEDINGS PENDING OUTCOME OF CRIMINAL PROCEEDINGS

Upon consideration of Wayne M Byerly's Motion for Stay of Civil Forfeiture Proceedings Pending Outcome of Criminal Proceedings, good cause having been shown, IT IS this 7TH day of April, 2003 ORDERED that the said Motion be and the same hereby is Granted; and

IT IS FURTHER ORDERED that this matter is stayed pending the resolution of the related criminal proceedings in the Circuit Court for Cecil County, Maryland styled as <u>State of Maryland v. Wayne Martin Byerly</u>, Case No. K-02-1159; and

IT IS FURTHER ORDERED that Mr. Byerly's counsel shall immediately notify this Court and the United States Attorney when the above-referenced related criminal proceeding is concluded.

Date_____                          _____/s/_____
                                          United States District Judge