STATE OF MARYLAND

VS.

*Wayne M. Byerly*

· IN THE CIRCUIT COURT

· FOR CECIL COUNTY

· CASE NO. 7-K-02-1159

· · · · ·

## PLEA BARGAIN: EXPLANATION OF AND ACKNOWLEDGMENT OF RIGHTS

### GUILTY PLEA

Before the Court can accept your guilty plea, you must answer some questions on the record because the Court wants to make sure that you know what you are doing, you know what your rights are, your plea is being made voluntarily, and you understand your Constitutional rights.

1. My name is *Wayne M. Byerly*
2. I am *47* years of age.
3. The farthest I went in school was *2 years College*
4. I *can* read and write.
5. I am not presently under the influence of alcohol, drugs, narcotics, other pills or suffering from withdrawal symptoms from the use of them.
6. Have you ever been under the care of a psychiatrist or mental hospital or institution? ____
7. Is there anything presently wrong with you? *no*
8. Are you presently on parole or probation? *no*

If you are on parole or probation and the offense to which you are now pleading guilty occurred after you were sentenced for the crime for which you are now on parole or probation, this guilty plea itself could be sufficient to trigger a violation of the parole or probation and you could be required to serve the entire suspended portion of the sentence or the unserved portion of the

1

sentence. Do you understand this? ___*na*___

9. Do you understand that in this case you are pleading guilty to _Possession of Marihuana in sufficient quantity to indicate an intent to distribute._

If you were to proceed to trial, the State would have to prove beyond a reasonable doubt to a jury, if you had a jury trial, or to a judge, if you had a Court trial, the following matter which are called "elements" of the offense: _Knowingly possessed marihuana under circumstances indicating an intent to distribute — non personal use_

10. And you understand that this offense carries the following penalties: _5 years, fine - $15,000._

11. I have discussed the matter of pleading guilty with my attorney and she or he has advised me of my rights.

12. Even though your attorney has advised you of your rights, the Court wants to go over the rights that you have and that you are giving up because the Court wants you to know what they are.

13. I understand that by pleading guilty I am giving up my absolute right to plead not guilty. If I pled not guilty the State would have to prove each and every count against me by proof beyond a reasonable doubt and to a moral certainty. I understand that under the law I am presumed to be innocent, and if I pled not guilty, the State would have this burden of proving each and every count against me.

14. I understand that in order for the State to prove me guilty beyond a reasonable doubt, it would have to bring into open court witnesses who would have to testify in front of me, and my attorney and I would have the right to cross-examine them. I understand that by pleading guilty today, I am giving up that right to cross-examine witnesses.

15. I understand that I am giving up my right to be tried by a judge or a jury. A trial by a judge would be a trial by Judge _Thompson_ or some other judge. A jury trial would be a trial by a group of twelve men and women from Cecil County chosen at random from the voters lists. They would be young and old, black, white, male, female, educated, uneducated and their verdict, as would the judge's if I chose a judge trial, would have to be unanimous that I was guilty beyond a reasonable doubt and to a moral certainty or I would be entitled to go free.

16. I understand that I am giving up my rights to present evidence and to produce witnesses on my behalf, to file preliminary motions, to object to evidence and testimony introduced by the State.

17. I understand that I am giving up my right to remain silent which is a Constitutional right guaranteed me under the law, and whether it were a court or a jury trial if I decided not to testify there could be no inference of guilty by the fact that I didn't testify, because I do have that right to remain silent. If it were a jury trial and I requested it of the judge, the judge would advise the jury that there could be no inference of guilt by reason of the fact that I did not testify, because I do have the absolute right to remain silent.

18. I understand that I am giving up my rights to appeal by pleading guilty. Technically, I would still have the right to file an application for leave or permission to appeal, but if the Court of Special Appeals accepted the appeal, it would be limited to the following issues: (1) whether or not this court had jurisdiction to try the case; (2) whether the judge gave you an illegal sentence; (3) whether or not your attorney had given you fair and adequate representation; and (4) whether or not your plea was made voluntarily, whether you knew your rights and were aware of the full consequences of making the plea, and whether you pled guilty of your own free will.

19. This is why my rights are being specified in this paper and explained to me by my attorney.

I am pleading guilty freely and voluntarily without threat or fear to myself or anyone closely related to me.

20. No one made me a promise of a lesser sentence, probation, reward, immunity or anything else in order to get me to plead guilty, other than the plea negotiations, which are:

① Remove mandatory penalty
② nolle prosequi - dismiss all other charges.
③ State to cap recommendation at 2 years to serve - Defense free to argue for any sentence.

21. It is correct that I am pleading guilty because in truth and in fact I am guilty and because of the plea negotiations and for no other reason.

I have read the above or have had read to me the above. I affirm under the penalties of perjury that it is true and correct to the best of my knowledge, information and belief.

4/10/03         Wayne M Byerly
Date            Defendant

I certify that a copy of the foregoing was hand-delivered to State's Attorney, Court House, Elkton, MD 21921 on _____.

_____
Attorney for Defendant

④ Forfeit - 1993 Landau 16' Boat
ID# LB063324I293
1588 Load Trailer VIN: 4AWRL11J100067
2000 Chevrolet S-10 Pick-up
VIN 1GCCT19W9Y8240525

⑤ not contest and w/draw any claim to Federal Admin Forfeiture
03-DEA-HL3014 - copy of notice attached.

~$670
⑥ Forfeit ~~$600~~ cash

⑦ Waive any claim to monies
seized from County Bank –
Joint Account with Lois Byerly

⑧ PSI – Bond continue

# CLERK'S CERTIFICATE

STATE OF MARYLAND

CECIL COUNTY, TO-WIT:

I, WILLIAM L. BRUECKMAN, Clerk of the Circuit Court for Cecil County, do **HEREBY CERTIFY** that the aforegoing is a **TRUE COPY** of **DOCKET ENTRIES**:

STATE OF MARYLAND

VS

WAYNE MARTIN BYERLY

, and recorded in Liber        No.       , Folio   **K-02-1159**        one of the **Criminal**     Record Books of Cecil County.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the Seal of the Circuit Court for Cecil County, this **17th**  day of **April**    in the year Two Thousand and **Three**.





Clerk of the Circuit Court for Cecil County

```
                    CIRCUIT COURT FOR CECIL COUNTY
                           William L. Brueckman
                         Clerk of the Circuit Court
                          Room 108 Court House
                            129 E. Main Street
                             Elkton, MD 21921-
                        TTY for Deaf: (410)-398-2097
     Civil Equity(410)996-5377 Civil Law(410)996-5369 MD Toll Free 1(888)287-0576
```

04/17/03

Case Number: 07-K-02-001159 IN PD
Date Filed: 10/11/2002
180 Day End: 04/26/03
Status: Open/Active
Judge Assigned: To Be Assigned,
Arrest Tracking Numbers: 00-0002-65888-0
Location :

State of Maryland vs Wayne Martin Byerly

## C A S E   H I S T O R Y

### OTHER REFERENCE NUMBERS

| Description | Number |
|---|---|
| Arrest Tracking Number | 000002658880 |
| District Court Number | 006K00024303 |
| States Attorney Case | 07-S-02-000200 |
| Case Folder ID | K02001159V01 |

### INVOLVED PARTIES

| Type Num | Name(Last.First.Mid.Title) | Addr Str/End | Disposition Addr Update | Entered |
|---|---|---|---|---|
| T 001 | State Of Maryland | Party ID: 0000017 | | 10/10/02 |
| | Attorney: 0803366 Baynes, Keith A<br>129 East Main Street<br>Elkton, MD 21921<br>(410)996-5335 | | | 10/24/02 |
| F 001 | Byerly, Wayne Martin 09/16/55 | Party ID: 0064124 | | 10/10/02 |
| | Central Criminal Number:020701780 | | | |

```
       Mail: 5 Jenkins Road                      10/10/02
             Chesapeake City, MD   21915

       Attorney: 0015944 Barnes, Harry D                 Appear: 10/28/2002 Removed:12/19/02        10/30/02

                 0018696 Boon, Kristy Davis              Appear: 10/28/2002 Removed:12/19/02        10/30/02

                 0018680 Brown, C Thomas                 Appear: 12/19/2002                         01/27/03
                 205 East Main Street
                 Elkton, MD   21921
                 (410)396-3850

                                                                       Disposition
ype Num  Name(Last,First,Mid,Title)                                    Addr Update               Entered
                                        Addr Str/End
------------------------------------------------------------------------------------------------------------
RO   001 Widdoes, Sgt. Gerald                                                                    10/10/02
                                        Party ID: 0021774

     Mail: CCSO                          04/14/03
           500 Landing Lane
           Elkton, MD   21921

NC   001 Byerly, Wayne Martin 09/16/55                                                           10/23/02
                                        Party ID: 006477 9

     Mail: 5 Jenkins Road                10/10/02               10/23/02 RK
           Chesapeake City, MD   21915

TF   001 Tsimerman, Berta M                                                                      02/04/03
                                        Party ID: 0022587

     Mail: MSP Crime Lab                 04/15/03
           1201 Reisterstown Road
           Pikesville, MD   21208

TF   002 McDonald, Cpl. Timothy P                                                                02/04/03
                                        Party ID: 0022103

     Mail: MSP Barrack F                 04/09/03
           2433 Pulaski Hwy
           North East, MD   21901
```

## CALENDAR EVENTS

```
te     Time   Dur Cer Evnt  Lvl Atty Jdg Day Of RsIt By ResultDt Jdg T Notice   Rec User ID
------------------------------------------------------------------------------------------------
1/06/02 01:30P 02Q yes ARGN        TBA 01 /01 VAC C 10/30/02                    TMD ALB
```

```
07-K-02-001159   Date: 04/17/03   Time: 11:11                                    Page:    3
```

```
Date   Time  Dur Cer Evnt  Lvl Atty Jdg Day Of Rslt By ResultDt Jdg T Notice   Rec User ID
---------------------------------------------------------------------------------------------
03/07/03 10:00A     yes CRMO      ORL  01 /01 CON  C  03/07/03 ORL      Y  SO  ALB
Stenographer(s): Tina Ritchie
04/10/03 09.50A     yes PLEA      ORL  01 /01 CON  E  04/10/03 DMT      Y  SO  CLG
Stenographer(s): Susan Milton
06/16/03 09:30A     yes SENT      DMT  01 /01                              CEH CEH
```

## COUNTS

```
         Off/Amd                                                 Disp           Plea     Vrd
ount Ver Amd Date    ATN           CJIS  Statute       Class Disp Date   Stg Plea Date  Vrd Date   Judge
---- --- --- -------- ------------ ----- -----------   ----- ---- -------- --- --- -------- --------- ------
 01   0   0 09/29/02 00-0002-65888-0 2 3550 27.286.(a) (1)    F    NP  04/10/03 PH  NG  04/10/03         DMT
                                  Cds Manufacture/Distribute
 02   0   0 09/29/02 00-0002-65888-0 1 0233 27.286              F    G   04/10/03 PH  G   04/10/03         DMT
                                  Cds Possess With Intent To Distribute
 03   0   0 09/29/02 00-0002-65888-0 1 0573 27.287.(a)          M    NP  04/10/03 PH  NG  04/10/03         DMT
                                  Cds: Possession-Marihuana
 04   0   0 09/29/02 00-0002-65888-0 1 0233 27.286              F    NP  04/10/03 PH  NG  04/10/03         DMT
                                  Cds Possess With Intent To Distribute
 05   0   0 09/29/02 00-0002-65888-0 1 0239 27.286              F    NP  04/10/03 PH  NG  04/10/03         DMT
                                  Common Nuisance/Distribute Cds
 06   0   0 09/29/02 00-0002-65888-0 1 0573 27.287.(a)          M    NP  04/10/03 PH  NG  04/10/03         DMT
                                  Cds: Possession-Marihuana
 07   0   0 09/29/02 00-0002-65888-0 6 3555 27.287A.(d).(1)     M    NP  04/10/03 PH  NG  04/10/03         DMT
                                  Cds:Distribute Paraphernalia/Subsequent Offender
```

## JUDGE HISTORY

```
JDGE ASSIGNED         Type Assign Date Removal RSN
------------------    ---- ----------- ---- -------
BA To Be Assigned.     J    10/21/02
```

```
07-K-02-001159    Date:  04/17/03    Time: 11:11                          Page:    4
```

## DOCUMENT TRACKING

```
um/Seq Description                          Filed     Entered  Party   Jdg Ruling      Closed     User ID
------ -----------------------------------  --------  -------- ------- --- ---------   --------   -------

001000 Criminal Writ of Summons Issued      10/21/02  10/21/02 DEF001  TBA              10/21/02 TMD TMD

002000 Criminal Indictment                  10/11/02  10/21/02 PLT001  TBA                       RK  RK

003000 Arrest Date: 9-30-02                 10/23/02  10/23/02 000     TBA              10/23/02 RK  RK

004000 Bail Bond Posted/Property $100,000.00 10/18/02 10/23/02 000     TBA              10/23/02 RK  RK

005000 Attorney Appearance                            10/24/02 PLT001  TBA              10/24/02 TMD TMD
       Keith A Baynes

006000 Defense Attorney Appearance Filed    10/28/02  10/30/02 DEF001  TBA              10/30/02 ALB ALB
       Harry O Barnes

007000 Defense Attorney Appearance Filed    10/28/02  10/30/02 DEF001  TBA              10/30/02 ALB ALB
       Kristy D Boon

008000 Motion to Suppress Evidence          10/28/02  10/30/02 DEF001  TBA                       ALB ALB

009000 Request for Discovery and Inspection 10/28/02  10/30/02 DEF001  TBA                       ALB ALB

011000 Criminal Assignment Notice Issued    01/23/03  01/23/03 000     TBA              01/23/03 SD  SD

012000 Notice of Substitution of Counsel    12/19/02  01/27/03 DEF001  TBA              01/27/03 ALB ALB
       Enter the appearance of C T Brown and Strike the appearance of
       Barnes and Boon

013000 Attorney Appearance Removed          01/27/03  01/27/03 DEF001  TBA              12/19/02 ALB ALB
       Harry O Barnes

015000 Attorney Appearance Removed          01/27/03  01/27/03 DEF001  TBA              12/19/02 ALB ALB
       Kristy D Boon

016000 Criminal Assignment Notice Issued    01/30/03  01/30/03 PLT001  TBA              01/30/03 SD  SD

017000 Automatic Discovery & Req for Discovery 02/05/03 02/06/03 PLT001 TBA                      CLG CLG

018000 Answer to Motion for Discovery & Insp 02/05/03 02/06/03 PLT001  TBA                       CLG CLG

019000 Hearing                              03/07/03  03/10/03 000     ORL                       ALB ALB
       Withdraw Motions pending supplemental discovery from the state.

020000 Supplemental Answer to Defendant's   03/14/03  03/18/03 PLT001  TBA                       ALB ALB
       Motion
       for Discovery and Inspection
```

```
07-K-02-001159   Date: 04/17/03   Time: 11:11                                    Page:    5
Num/Seq Description                         Filed    Entered Party Jdg Ruling          Closed   User ID
------- ---------------------------------   -------- -------- ----- --- -------------- -------- --------
021000  Hearing on Guilty Plea              04/10/03 04/11/03 000       DMT                     CLG CLG
        P.S.I. Ordered
        Bond Continued
        Sentencing Date: June 16, 2003 at 9:30 a.m
        Defendant agrees to the following:
        Forfeit 1993 Landau 16' Aluminum Boat; 1998 trailer; 2000 S-10
        Chevy Pick-up;
        No claim to Federal Administration forfeiture of $54,649.78 in
        No. 03-DEA-413014;
        Forfeit $670.00 cash from residence that was seized;
        Waive any interest and claim to monies seized from County Bank
        joint account with Lois Byerly.

022000  Copies Mailed/Sent to P & P         04/11/03 04/11/03 000       TBA                     CLG CLG
```

## SERVICE

| Crm Name | Issued | Hearing | Served | Returned | Agency |
|---|---|---|---|---|---|
| A-Subpoena-Officers RO001 Widdoes, Sgt. Gerald | 02/04/03 | 03/07/03 | | | Cesd |
| A-Subpoena-Officers RO001 Widdoes, Sgt. Gerald | 02/04/03 | 04/10/03 | | | Cesd |
| A-Summons EF001 Byerly, Wayne | 10/21/02 | 11/06/02 | | | Cesd |
| A-Subpoena-Officers EF001 Tsimerman, Berta | 02/04/03 | 04/10/03 | | | Baltimore County Sheriff |
| A-Subpoena-Officers EF002 McDonald, Cpl Timothy | 02/04/03 | 04/10/03 | | | Cesd |

## TICKLE

| Code Tickle Name | Status | Expires | #Days | AutoExpire | GoAhead | From | Type | Num | Seq |
|---|---|---|---|---|---|---|---|---|---|
| DT 18 Day Tickle | OPEN | 01/06/03 | 18 | yes | no | | | 000 | 000 |
| TR Hicks Rule Tickle | CANCEL | 03/17/03 | 140 | yes | no | | | 000 | 000 |