IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| 5 JENKINS ROAD,<br>CHESAPEAKE CITY, MD,<br>    Defendant | * | CIVIL NO. L-02-3697 |
| | * | |
| And | | |
| | * | |
| WAYNE M. BYERLY,<br>    Claimant | * | |
| And | * | |
| GMAC MORTGAGE CORPORATION,<br>    Claimant. | | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER
CONDEMNING AND FORFEITING PROPERTY TO UNITED STATES OF
<u>AMERICA</u>**

-2-

Upon consideration of Wayne M. Byerly's Motion for Reconsideration of Order Condemning and Forfeiting Property to the United States of America and any response thereto, IT IS ORDERED that the Motion be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that the responsive pleading to the Complaint and any opposition to the Government's Motion for Summary Judgment on the limited issue of whether the forfeiture of the subject property violates the Excessive Fines Clause of the Eighth Amendment shall be filed within five days of the date of this Order.

CC:

Richard M. Kay, Esquire, Assistant U.S. Attorney

C. Thomas Brown, Attorney for Claimant

GMAC Mortgage Corporation

**END OF ORDER**

-3-