IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | * |
| v. | * |
| 5 JENKINS ROAD<br>CHESAPEAKE CITY, MD<br>    Defendant | *    CIVIL NO. L-02-3697 |
| And | * |
| WAYNE M. BYERLY<br>    Claimant | * |
| And | * |
| GMAC MORTGAGE CORPORATION,<br>    Claimant. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF WAYNE M. BYERLY

Wayne M. Bylery, Claimant, makes oath in due form of law as follows:

1. That I am over the age of 18 years.
2. That I am the titled owner of 5 Jenkins Road, Chesapeake City, MD.

-1-

-2-

     3.    That the fair market value of 5 Jenkins Road exceeds $250,000.00.

     4.    That 5 Jenkins Road is my primary residence.

     5.    That the Government seized approximately $125,000.00 of my assets in an account with County Banking and Trust Company in Elkton, MD 21921.

     I HEREBY AFFIRM under the penalties of perjury that the foregoing is true to the best of my information, knowledge and belief.

                                              /s/ Wayne M. Byerly
                                              Wayne M. Byerly