| Freddie Mac | Drive By | Y | **BROKER'S PRICE OPINION** | Client usmarshalls |
|---|---|---|---|---|
| | Interior | N | Inspection Date 10/09/2002 | Freddie Mac Loan # USM114372 |
| | Interior Access Denied | N | Reason | Servicer Loan # rep_180 |

| BPO Firm Name: Market Intelligence | Agent: Client Services | Phone 508-435-6312 |
|---|---|---|

### SUBJECT PROPERTY DESCRIPTION

| Property Address | 5 JENKINS ROAD | | | Unit # | |
|---|---|---|---|---|---|
| City CHESAPEAKE CITY | County CECIL | | State MD | Zip Code | 21915 |
| Is property listed with a real estate ☐ Yes ☒ No | Name of Listing Agent/Firm | | | Phone (___) ___-____ | |

Property Type ☐ Townhouse ☒ SFD ☐ 2FAM ☐ 3FAM ☐ 4FAM ☐ Condo   Condo Assn Fee per ___0.00___

| Occupant | X | Owner | | Tenant | | Vacant | Owner's Name | |

**Estimate of repairs needed to obtain current FMV for subject**

Interior
- Painting        0.00
- Structural      0.00
- Appliances      0.00
- Utilities       0.00
- Carpet/floors   0.00
- Other           0.00
- Cleaning/Trash Removal:  0.00
- Repair Totals:  0.00

Exterior
- Painting      0.00
- Structural    0.00
- Landscaping   0.00
- Roof          0.00
- Windows       0.00
- Other         0.00

Do you recommend repairs?  ☐ Yes  ☒ No

Overall Property Condition: ___ Excellent  _X_ Good  ___ Fair  ___ Poor  ___ Inferior

Are there any items that require IMMEDIATE attention/action?  ☐ Yes ☒ No
Title/Legal  ☐ Yes ☒ No     (No = No & Unknown)
Do any environmental issues affect the value of the property?  ☐ Yes ☒ No

If yes to any of above, please explain:
Although only viewed from a distance due to trees and length of drive, what could be seen of the exterior appears to be in good condition.

### NEIGHBORHOOD

| Property Values: | Increasing | | X Stable | | Declining | Predominant Occupancy | X | Owner | | Tenant |
|---|---|---|---|---|---|---|---|---|---|---|
| Marketing Time: | Under 3 Mos | X | 3-6 Mos | | Over 6 Mos | Vacancy Rate | 0-5% X | 5-10% | 0-20% | 20+% |

Price Range of Active Listings in Neighborhood: Fr ___215,000___ To: ___239,500___

**COMMENTS:**
Very nice wooded, private community. Homes are in the $200,000- 300,000 range. Water access is nearby.

### VALUE ESTIMATION

| Probable Sale Price | 90-Day Marketing Time | 120-Day Marketing Time | 80-Day Marketing Time |
|---|---|---|---|
| As Is | 225,000.00 | 220,000.00 | 215,000.00 |
| As Repaired | 225,000.00 | 220,000.00 | 215,000.00 |

Property should be listed: ☒ As Is   ☐ As repaired

Anticipated Seller-Paid Financing Costs:

COMMENTS: (Describe your marketing strategy and reasons for As Is/As Repaired recommendations)
Sell property as is. Could invest too much in repairs not necessarily required by buyer. Buyers, when capable prefer the discount on the sale price and will invest sweat equity later.

ATTACH INTERIOR AND EXTERIOR PHOTOGRAPHS OF SUBJECT PROPERTY
PREPARED BY    Client Services                        10/09/2002
101479586                                              Date        jb

R761

— EXHIBIT A —

### COMPARABLE LISTINGS

| | SUBJECT | COMPARABLE | | COMPARABLE | | COMPARABLE | |
|---|---|---|---|---|---|---|---|
| Address | 5 JENKINS ROAD | 124 Clemencia 21919 | | Sarah Ct. 21919 | | 976 Town Pl. 21915 | |
| Proximity to Subject | | 7 miles | | 6 miles | | 2 miles | |
| Current List Price | | 239,500 | | 230,875 | | 215,000 | |
| Current List Date | | 10/09/2002 | | 10/09/2002 | | 10/09/2002 | |
| Original List Price | 0 | 244,900 | | 224,900 | | 219,000 | |
| Original List Date | | 04/01/2002 | | 06/10/2002 | | 08/13/2001 | |
| VALUE ADJUSTMENTS (use the following codes for the adjustments: S=Superior, E=Equal, I=Inferior, U=Unknown) | | | | | | | |
| | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
| Above Grade Room Count | Total # of Rooms 7  Bdrms 4  Baths 2.00 | Total # of Rooms 8  Bdrms 3  Baths 2 | | Total # of Rooms 9  Bdrms 5  Baths 3.5 | | Total # of Rooms 6  Bdrms 3  Baths 2.5 | |
| Gross Living Area | Sq. Ft. 1,800 | Sq. Ft. 1641 | Code | Sq. Ft. 2572 | Code | Sq. Ft. 1547 | Code |
| Location | good | good | E | good | E | good | E |
| Site/Lot Size | 1.11 | 2.23 | S | 1.48 | E | 0.48 | I |
| Design and Appeal | 2 story/good | Cape/good | E | Colonial/good | E | Contemp/good | E |
| Age (Number of yrs. since house was built) | 16 | 2 | S | 1 | S | 13 | E |
| Overall Condition | good | good | E | good | E | good | E |
| Garage/Carport | 2 car | 2 car | E | 2 car | E | 2 car | E |
| Porch, Patio, Deck, Pool, Fence | fr. porch | deck, porc | E | porch | E | deck, porch | E |
| Overall Rating/Est $ Value of Adjustments | | -7000 | | -7000 | | +4000 | |
| Indicate Property Most Comparable to Subject (Check One) | | [X] | | [ ] | | [ ] | |

Comments:
All listings only slightly different from subject, warranting minor adjustments

### COMPARABLE SALES

| | SUBJECT | COMPARABLE | | COMPARABLE | | COMPARABLE | |
|---|---|---|---|---|---|---|---|
| Address | 5 JENKINS ROAD | 61 Jenkins Rd. 21915 | | 7 Chichester Cir. 21915 | | 85 Brae Ave. 21919 | |
| Proximity to Subject | | 1 block | | 2 miles | | 6 miles | |
| Original List Price | 0 | 238,000 | | 229,000 | | 224,900 | |
| List Price When Sold | | | | | | | |
| Sales Price | 0 | 240,000 | | 220,000 | | 219,000 | |
| Sales Date | | 08/19/2002 | | 04/05/2002 | | 12/21/2001 | |
| Days on Market | 0 | 12 | | 40 | | 34 | |
| VALUE ADJUSTMENTS (Use the following codes for the adjustments: S=Superior, E=Equal, I=Inferior, U=Unknown) | | | | | | | |
| DESCRIPTION | DESCRIPTION | DESCRIPTION | ADJ | DESCRIPTION | ADJ | DESCRIPTION | ADJ |
| Above Grade Room Count | Total # of Rooms 7  Bdrms 4  Baths 2.00 | Total # of Rooms 9  Bdrms 4  Baths 1.5 | | Total # of Rooms 7  Bdrms 4  Baths 2 | | Total # of Rooms 8  Bdrms 4  Baths 2.5 | |
| Gross Living Area | Sq. Ft. 1,800 | Sq. Ft. 1754 | Code | Sq. Ft. 1871 | Code | Sq. Ft. 2146 | Code |
| Financing/Concessions | u | u | U | u | U | u | U |
| Location | good | good | E | good | E | good | E |
| Site/Lot Size | 1.11 | 1.01 | E | .65 | E | 1.3 | E |
| Landscaping | none | good | S | good | S | good | S |
| Design and Appeal | 2 story/good | 2 story/good | E | 2 story/good | E | 2 story/good | E |
| Age (number of yrs.) | 16 | 18 | E | 17 | E | 8 | S |
| Overall Condition | good | good | E | good | E | good | E |
| Garage/Carport | 2 car | none | I | 2 car | E | 2 car | E |
| Porch, Patio, Deck, Pool, Fence | fr. porch | f. porch | E | prch,balc | E | f. porch | E |
| Overall Rating/Est $ Value of Adjustments | | +4000 | | 0 | | -2000 | |
| Indicate Property Most Comparable to Subject (Check One) | | [ ] | | [X] | | [ ] | |

Comments:
All listings have many similarities to subject and warrant only minor adjustment to price

101479586