**U.S. Department of Justice**

United States Attorney
District of Maryland
Northern Division

RECEIVED IN THE CHAMBERS OF
BENSON EVERETT LEGG
AUG 6 2004
UNITED STATES DISTRICT JUDGE

*Thomas M. DiBiagio*
*United States Attorney*

*Richard C. Kay*
*Assistant United States Attorney*

6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692

410-209-4800
TTY/TDD:410-962-4462
410-209-4850
FAX 410-962-3091

August 4, 2004

Honorable Benson E. Legg
Chief United States District Judge
340 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re: United States v. 5 Jenkins Road, etc.
    Civil No. L-02-3697

Dear Chief Judge Legg:

After reviewing the Motion for Reconsideration in the above-referenced case, I contacted Mr. Brown, counsel for the claimant. After speaking with Mr. Brown, it is clear that the claimant is at this point conceding the forfeitability of the property, but wishes only to brief the Eighth Amendment Excessive Fines issue. The government will not object, if the Court is inclined to reopen the case, so long as it is only for the limited purpose of considering the Eighth Amendment Excessive Fines issue.

It is apparent from the motion that Mr. Brown could submit his opening memorandum on the issue within two or three weeks; the government could file a response within two weeks after receiving Mr. Brown's paper.

Very truly yours,

Thomas M. DiBiagio
United States Attorney

Richard C. Kay
Assistant United States Attorney

cc: C. Thomas Brown, Esq