IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | |
| | : | CIVIL NO. L-02-3697 |
| v. | : | CIVIL NO. L-04-2479 |
| | : | |
| ONE 1995 GRADY WHITE 22' BOAT | : | |
| AND ONE LOAD RITE TRAILER | : | |
| | : | |
|     and | : | |
| | : | |
| 5 JENKINS ROAD, CHESAPEAKE, MD. | : | |
|     Defendants. | : | |

## **ORDER**

Pending are the government's motions for summary judgement in civil numbers 02-3697 and 04-2479. For the reasons stated in the Memorandum of even date, the Court hereby:

(i)     DIRECTS the Clerk to CONSOLIDATE civil numbers 02-3697 and 04-2479;

(ii)     GRANTS the government's motion for summary judgment in civil number 02-3697 (Docket No. 9);

(iii)     GRANTS the government's motion for summary judgment in civil number 04-2479 (Docket No. 10); and

(iv)     DIRECTS the Clerk to CLOSE the case.

It is so ORDERED this 16th day of February, 2006.

_____/s/_____
Benson Everett Legg
Chief Judge