*Chesapeake Publishing Corpora[tion]*

601 BRIDGE STREET, ELKTON, MARYLAND 21921 • (410) 398-3311 • FAX (410)

# AFFIDAVIT OF PUBLIC[ATION]

**STATE OF: MARYLAND**

**COUNTY OF: CECIL**

Personally appeared   December 6, 2002   before me, Amy Bennett  of the Cecil Whig, Chesapeake Publishing Corporation, a daily newspaper printed and published in the City of Elkton, County of Cecil, State of Maryland, circulated in towns of Cecilton, Charlestown, Chesapeake City, Elkton, North East, Perryville, Port Deposit and Rising Sun, who, being duly sworn states that an advertisement of  5 JENKINS RD   was published in the Cecil Whig on  1 2 / 6  2002.

Jeffrey Mezzatesta
Publisher

## NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY

NOTICE IS HEREBY GIVEN that a civil complaint seeking forfeiture pursuant to 21 U.S.C. section 881 was filed on November 25, 2002, in the Untied States District Court for the District of Maryland by the United States of America, plaintiff, against the real property located at 5 Jenkins Road, Chesapeake City, Maryland, under the Civil Docket number 102CV3697. The complaint alleges that said property may, for the causes stated in the complaint, be condemned as forfeited to the United States.

In order to avoid forfeiture of the property, any person claiming an interest in the defendant real property must file a claim asserting that interest, in the manner set forth in Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, except that such claim must be filed not later than 30 days after the date of service of the complaint or, as applicable, not later than 30 days after the date of final publication of this notice. In addition, any person having filed such a claim shall also file an answer to the complaint not later than 20 days after the filing of the claim. Claims should be filed with the Clerk of the Court, U.S. District Court for the District of Maryland, with a copy thereof sent to Richard C. Kay, Assistant United States Attorney, 101 West Lombard Street, Baltimore, Maryland 21201.

Johnny L. Hughes
U.S. Marshal
101 W. Lombard Street
Baltimore, Maryland 21201
(410) 962-2242

cw 12/6

— EXHIBIT A —