**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Rod J. Rosenstein*
*United States Attorney*

*Richard C. Kay*
*Assistant United States Attorney*

*36 South Charles Street*
*Fourth Floor*
*Baltimore, Maryland 21201*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4850*
*FAX 410-962-3124*

November 6, 2006

Honorable Benson E. Legg
Chief United States District Judge
340 U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:  United States v. 5 Jenkins Road, etc.,
           Civil No. L-02-3697

Dear Judge Legg:

    The defendant real property in the above-referenced case was forfeited to the United States. Subsequently, the parties reached an agreement that allowed the claimant to provide a check to stand as a substitute for the defendant real property. The claimant submitted a check in the full amount of $208,000 last week in accordance with the agreement.

    In September, the parties filed an uncontested motion for an amended order to forfeit the check instead of the real property. As soon as that order is signed, I will provide a copy to the U.S. Marshals Service and they will be able to dispose of the check and release the real property. Thank you for your consideration.

                               Very truly yours,

                               Rod J. Rosenstein
                               United States Attorney

                             _____//s//_____
                             Richard C. Kay
                             Assistant United States Attorney

cc: C. Thomas Brown, Esq.